602

 opinion filed February 28, 1949; released for publication March 28, 1949. Jacoby, Patton, Manns & Coppinger, for appellants; John B. Coppinger, Jr. and John F. McGinnis, of counsel; Cross & Gibbons, for appellees; John F. Gibbons and Harold R. Clark, of counsel. Opinion by PRESIDING JUSTICE DADY. **Not to be published in full.**

## Albert R. Hayes, Appellee, v. Herbert C. Todd, Appellant.

**Gen. No. 9,638.**

 opinion filed February 28, 1949; released for publication March 28, 1949. Wilson & Wright, for appellant; James H. Manns and Lucas & Thomas, for appellee; Kenneth H. Lemmer and Allen T. Lucas, of counsel. Opinion by JUSTICE WHEAT. **Not to be published in full.**

## William E. Davey, Appellant, v. Fred Heim, Appellee.

**Gen. No. 10,301.**